IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. CCB-17-0654
:
DONALD STEPP :
:

...oOo...

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment, it is this 9th day of January 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

_____
Stephanie A. Gallagher
United States Magistrate Judge