UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 1, 2018

Marshall Trowbridge Henslee, Esquire
606 Baltimore Avenue
Suite 301
Towson, Maryland 21204

Re: *USA v. Donald Stepp*
<u>Criminal No: CCB-17-0654</u>

Dear Mr. Henslee:

    As you know, sentencing for Donald Stepp, Jr. is now set for 2:30 p.m. on August 3, 2018. I have reviewed your motion to seal and the attached proposed sealed document (the sentencing memorandum). It appears correct that much of the memorandum and many of the exhibits contain sensitive information including medical and other personal information about family members, including a minor, for which sealing is justified. Some of the argument in the memorandum, however, and some of the exhibits, could be on the public record without compromising security or personal privacy. Accordingly, the motion to seal (ECF No. 44) is **Granted** in part and **Denied** in part. Please file a redacted public version of the memorandum and exhibits by August 2, 2018.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely,

/S/ *CCB*

Catherine C. Blake
United States District Judge

cc: AUSA Derek E. Hines