IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. CCB-17-0654 |
| | * | |
| DONALD C. STEPP, JR. | * | |

*******

## ORDER

If the government wishes to respond to the defendant's motion to vacate and resentence (ECF No. 56-59) (treated as a motion for compassionate release), the response is due October 28, 2019.

So Ordered this 30th day of September, 2019.

_____/S/ CCB_____
Catherine C. Blake
United States District Judge