IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **DONALD C. STEPP, JR.** | * | Criminal No.: CCB-17-654 |
| Petitioner. | * | |

## MOTION TO SEAL RESPONSE TO PETITION

The United States, by and through undersigned counsel, moves this Court to seal the response to the petition because (1) the court granted the defendant's request to file his petition under seal, and (2) the government's response contains sensitive personal identifying information.

                          Respectfully submitted,

                          Robert K. Hur
                          United States Attorney

By: _____/s/_____
     Derek E. Hines
     Leo J. Wise
     Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2019, a copy of the foregoing Motion to Seal and Proposed Order was sent via first class mail to:

Donald C. Stepp, Jr.
Register No. 63581-037
Federal Correctional Institution
P.O. Bo 1000
Morgantown, West Virginia 26507

By: _____/s/_____
Derek E. Hines
Assistant United States Attorney