# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **DONALD C. STEPP, JR.** | * | Criminal No.: CCB-17-654 |
| Petitioner. | * | |

## MOTION TO SEAL RESPONSE TO MOTION

The United States, by and through undersigned counsel, moves this Court to seal the response to the motion because (1) the court granted the defendant's request to file his motion under seal, and (2) the government's response contains sensitive personal and health-related information.

                                            Respectfully submitted,

                                            Robert K. Hur
                                            United States Attorney

By: _____/s/_____
       Derek E. Hines
       Leo J. Wise
       Assistant United States Attorneys